## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Homewood Inc, d/b/a Dunkin Donuts and Salima S. Saleem
v. U.S. Citizenship and Immigration Services

Case Number:

FILED
FEB 06 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Homewood Inc, d/b/a Dunkin Donuts and Salima S. Saleem

08CV792
JUDGE LINDBERG
MAGISTRATE JUDGE DENLOW

| Field | Value |
|---|---|
| NAME (Type or print) | Sakina Carbide |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ [signature] |
| FIRM | Law Office of Sakina Carbide |
| STREET ADDRESS | 2315 W. Devon Avenue, 2nd Floor |
| CITY/STATE/ZIP | Chicago, IL 60659 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | IL 6224620 |
| TELEPHONE NUMBER | 773 465 2378 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☑  NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☑  NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☑  NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☑  NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐