

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

HOMEWOOD INC, D/B/A DUNKIN DONUTS
AND
SALIMA S. SALEEM

V.

U.S. Citizenship and Immigration Services

CASE NUMBER:

AS: 08CV792
JUDGE LINDBERG
DE: MAGISTRATE JUDGE DENLOW
MA

TO: (Name and address of Defendant)

Attorney General Alberto Gonzales
C/O Peter D. Keisler
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SAKINA CARBIDE
LAW OFFICE OF SAKINA CARBIDE
2315 W. DEVON AVENUE, 2ND FLOOR
CHICAGO, IL 60659

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

FEB 0 6 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 02/08/08 |
| NAME OF SERVER *(PRINT)* Sakina Carbide | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: U.S. Department of Justice

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

FEB 21 2008

FILED
JN
FEB 21 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES DHL | TOTAL $25.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/08/08
               Date

*Sakina Carbide*
Signature of Server

2315 Co. Devon Ave, Chicago IL 60659
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**Date:** Feb 12, 2008
**To:** unknown
**Attention:** sakina carbide

### SIGNATURE PROOF OF DELIVERY

**Tracking Number:** 75714545944

**Shipment Summary:**

Delivered on: 2/11/08 11:07 am
Delivered to: Receptionist
Signed for by: P PAIRSS
Pieces: 1

**Signature:**

RECEIVED IN GOOD ORDER EXCEPT AS NOTED

**Receiver:**

Receiver information not available at time of Signature Proof of Delivery request.

Choose DHL for guaranteed delivery of all your important documents and packages!

DHL Customer Service
P.O. Box 662
Seattle, WA 98111-0662
www.dhl.com

This information is provided subject to DHL tariffs, service guide, and privacy policy.